Rob Bonta
Attorney General of California
Sara J. Drake
Senior Assistant Attorney General
T. Michelle Laird
Supervising Deputy Attorney General
Timothy M. Muscat, State Bar No. 148944
Jane Crue, State Bar No. 210122
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7789
  Fax: (916) 323-2319
  E-mail: jane.crue@doj.ca.gov
*Attorneys for Defendants*

John M. Peebles, State Bar No. 237582
PEEBLES KIDDER BERGIN & ROBINSON LLP
2020 L Street
Sacramento, CA 95811
  Telephone: (916) 441-270
  Email: jpeebles@ndnlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALTURAS INDIAN RANCHERIA, a federally recognized Indian tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,**<br><br>Defendants. | Case No. 2:22-cv-1486-KJM-DMC<br><br>**STIPULATION OF THE PARTIES TO EXTEND DATE BY WHICH RESPONSIVE PLEADING IS DUE; PROPOSED ORDER THEREON** |

1

The parties, through their undersigned attorneys, hereby stipulate as follows:

1. The defendant State of California (State) and defendant Gavin Newsom in his official capacity as Governor of the State of California (Governor) (collectively, Defendants) were served in this case with the summons and Complaint on September 19, 2022.

2. The Complaint, filed by Plaintiff Alturas Indian Rancheria (Plaintiff), alleges six claims that the Defendants failed to negotiate with Plaintiff in good faith under the Indian Gaming Regulatory Act (IGRA), 25 U.S.C. §§ 2701-2721, 18 U.S.C. §§ 1166-1167, and one claim that Defendants violated California Government Code section 12012.25.  The Complaint is 59 pages long, and consists of 233 separate paragraphs.  In addition, there are 126 exhibits attached to the Complaint, and these exhibits are approximately 3,151 pages in length.

3. Given the complexity and length of the Complaint, counsel for Defendants requires additional time to prepare Defendants' responsive pleading.  Following discussions by the parties' attorneys, the parties have agreed to stipulate that Defendants may timely file their responsive pleading to the Complaint on or before November 14, 2022.  Under this schedule, the Defendants' responsive pleading will be filed prior to this case's Initial Scheduling Conference currently set before Magistrate Judge Dennis M. Cota on December 7, 2022.

4. Plaintiff and Defendants request the Court to enter an order approving, and ordering the parties to carry out the terms of, this stipulation.

2

Stip. Parties to Extend Date Responsive Pleading Due; Prop. Order (2:22-cv-1486-KJM-DMC)

| | | |
|---|---|---|
| 1 | Dated:  October 6, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | SARA J. DRAKE<br>Senior Assistant Attorney General |
| 4 | | T. MICHELLE LAIRD<br>Supervising Deputy Attorney General |
| 5 | | TIMOTHY M. MUSCAT<br>Deputy Attorney General |
| 6 | | |
| 7 | | /s/ Jane Crue |
| 8 | | JANE CRUE<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| 9 | | |
| 10 | Dated:  October 6, 2022 | Respectfully submitted, |
| 11 | | PEEBLES KIDDER BERGIN AND ROBINSON LLP |
| 12 | | /s/ John M. Peebles (as authorized on 10/6/22) |
| 13 | | |
| 14 | | John M. Peebles<br>Attorneys for Plaintiff |

3

Stip. Parties to Extend Date Responsive Pleading Due; Prop. Order (2:22-cv-1486-KJM-DMC)

**ORDER**

Having read the foregoing stipulation of the parties regarding service of the summons and Complaint and that Defendants' responsive pleading will be filed by a date certain, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above stipulation of the parties is approved and Defendants, and each of them, shall file their responsive pleading to the Complaint on or before November 28, 2022.

DATED:  October ___, 2022

KIMBERLY J. MUELLER
United States District Court Judge

4

Stip. Parties to Extend Date Responsive Pleading Due; Prop. Order (2:22-cv-1486-KJM-DMC)

# CERTIFICATE OF SERVICE

Case Name:  **Alturas Indian Rancheria v. Gavin Newsom, et al.**    No.    2:22-CV-01486-KJM-DMC

I hereby certify that on October 6, 2022, I caused to be electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION OF THE PARTIES TO EXTEND DATE BY WHICH RESPONSIVE PLEADING IS DUE; PROPOSED ORDER THEREON**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 6, 2022, at Sacramento, California.

| Linda Thorpe | */s/ Linda Thorpe* |
|---|---|
| Declarant | Signature |

5

Stip. Parties to Extend Date Responsive Pleading Due; Prop. Order (2:22-cv-1486-KJM-DMC)