# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA, | No.  2:22-CV-1486-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, proceeding with retained counsel, brings this civil action.  On the Court's own motion, the scheduling conference set before the undersigned for December 7, 2022, at 10:00 a.m. in Redding, California, is vacated pending resolution of Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:  November 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1