# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN NEWSOM, Governor of the State of California, et al.,<br><br>Defendants. | Case No. 2:22cv01486 KJM DMC<br><br><br><br>ORDER |

Based on the stipulation of the parties to extend the time for Alturas to respond to State Defendants' motion to dismiss (ECF No. 22), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the stipulation of the parties is approved and Alturas shall file its opposition to State Defendants' motion to dismiss on or before December 12, 2022. State Defendants may timely file their reply to Alturas's opposition on or before December 22, 2022.

DATED: December 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE