ROB BONTA  
Attorney General of California  
SARA J. DRAKE  
Senior Assistant Attorney General  
T. MICHELLE LAIRD  
Supervising Deputy Attorney General  
TIMOTHY M. MUSCAT, State Bar No. 148944  
B. JANE CRUE, State Bar No. 210122  
Deputy Attorney General  
  1300 I Street, Suite 125  
  P.O. Box 944255  
  Sacramento, CA 94244-2550  
  Telephone: (916) 210-7789  
  Fax: (916) 323-2319  
  E-mail: Jane.Crue@doj.ca.gov  
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALTURAS INDIAN RANCHERIA**, a federally recognized Indian tribe,<br><br>                              Plaintiff,<br><br>  v.<br><br>**GAVIN NEWSOM**, Governor of the State of California; and the **STATE OF CALIFORNIA**,<br><br>                            Defendants. | Case No. 2:22-cv-01486-KJM-DMC<br><br>**STIPULATION OF THE PARTIES TO EXTEND PENDING MOTION OPPOSITION AND REPLY DEADLINES; ORDER**<br><br>Dept:      Courtroom 3<br>Judge:     Honorable Kimberly L. Mueller<br>Trial Date: None Set<br>Action Filed: 8/22/2022 |

The parties, through their undersigned attorneys, hereby stipulate as follows:

1. The defendants State of California (State) and Gavin Newsom in his official capacity as Governor of the State of California (collectively, State Defendants) were served in this case with the summons and Complaint on September 19, 2022.

2. The Complaint, filed by plaintiff Alturas Indian Rancheria (Alturas), alleges six claims that the State Defendants failed to negotiate with Alturas in good faith under the Indian

1

Gaming Regulatory Act (IGRA), 25 U.S.C. §§ 2701-2721, 18 U.S.C. §§ 1166-1167, and one claim that State Defendants violated California Government Code section 12012.25.

3. This Court signed an order affirming the parties' stipulation for State Defendants to have until November 14, 2022 to file a responsive pleading to the Complaint. ECF Nos. 17 and 18. In turn, State Defendants did, in fact, file a motion to dismiss the Complaint's sixth and seventh claims for relief on November 14, 2022. ECF No. 20.

4. On December 12, 2022, Alturas filed a motion for summary judgment as to the sixth and seventh claims for relief in its Complaint. ECF No. 24. This motion was combined with its opposition to the State Defendants' motion to dismiss the sixth and seventh claims for relief. *Id.*

5. Pursuant to Local Rule 230, State Defendants' reply to Alturas's opposition to their motion to dismiss must be filed on December 22, 2022, and State Defendants' opposition to Alturas's motion for summary judgment must be filed on December 27, 2022.

6. On December 19, 2022, the parties met and conferred as to a potential extension of time for State Defendants to file an opposition to the motion for summary judgment. It was agreed that if this stipulation is granted, State Defendants will file a combined brief that includes a reply to Alturas's opposition to State Defendants' motion to dismiss and an opposition to Alturas's motion for summary judgment.

7. The parties agree that pursuant to Rules 16(b)(4) and 56(d) of the Federal Rules of Civil Procedure, the Court's discretion under Rule 6(b) of the Federal Rules of Civil Procedure, and its inherent authority to control its proceedings, there is good cause to extend the pending motion deadlines in this case.

8. The Court has power to modify motion deadlines under Rule 16(b)(4) of the Federal Rules of Civil Procedure. This provision provides: "A schedule may be modified only for good cause and with the judge's consent." Moreover, Rule 6(b) of the Federal Rules of Civil Procedure provides in pertinent part, "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" In addition to these statutory sources of authority to modify motion deadlines, the Court has the inherent power

to control and manage its docket and the course of proceedings. *Southern California Edison Co. v. Lynch*, 307 F.3d 794, 807 (9th Cir. 2002), citing *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

9. State Defendants are seeking additional time to oppose Alturas's motion for summary judgment for numerous reasons.

10. State Defendants' lead counsel, Timothy M. Muscat, is retiring from the Office of the Attorney General on December 30, 2022. Mr. Muscat has been lead counsel for State Defendants in this this case and in numerous similar cases filed by Indian tribes alleging bad faith in State Defendants' negotiation of class III gaming compacts. New counsel will require time to learn the case and get up to speed to prepare adequate pleadings in support of State Defendants.

11. State Defendants and their counsel will be taking time off during the holiday season for preplanned vacations and days out of the office, which will make timely filing of the opposition to Alturas's motion for summary judgment difficult.

12. To date, State Defendants have not filed an answer to the Complaint, have not participated in an initial status conference, or prepared an initial status conference statement.

13. The parties agree that it will further judicial economy for the Court to set one hearing on both State Defendants' motion to dismiss and Alturas's motion for summary judgment.

14. For the foregoing reasons, the parties request to move the current hearing date for State Defendants' motion to dismiss and Alturas's motion for summary judgment from January 27, 2023 to March 31, 2023.

15. The parties also request that State Defendants have until five weeks before the March 31, 2023, hearing to file a brief that combines its reply to Alturas's opposition to State Defendants' motion to dismiss with State Defendants' opposition to Alturas's motion for summary judgment. In turn, Alturas would have until three weeks before the March 31, 2023, hearing to file a reply to State Defendants' opposition to Alturas's motion for summary judgment.

1  16. Alturas and State Defendants request the Court to enter an order approving, and
2 ordering the parties to carry out the terms of this stipulation.

Dated:  December 21, 2022				Respectfully submitted,

> ROB BONTA
> Attorney General of California
> SARA J. DRAKE
> Senior Assistant Attorney General
> T. MICHELLE LAIRD
> Supervising Deputy Attorney General
> TIMOTHY M. MUSCAT
> Deputy Attorney General
>
>     /s/ B. Jane Crue
>
> B. JANE CRUE
> Deputy Attorney General
> *Attorneys for State Defendants*

Dated:  December 21, 2022				PEEBLES KIDDER BERGIN & ROBINSON LLC

> */s/ John Peebles (as authorized on 12/21/22)*
>
> _____
> JOHN M. PEEBLES
> Attorneys for Alturas Indian Rancheria

**ORDER**

Having read the foregoing stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the above stipulation of the parties is approved. The hearing on the State of California and Governor Gavin Newsom's (State Defendants) motion to dismiss and Alturas Indian Rancheria's (Alturas) motion for summary judgment set for January 27, 2023 is reset for March 31, 2023.

IT IS HEREBY ORDERED that State Defendants must file a reply to Alturas's opposition to State Defendants' motion to dismiss and an opposition to Alturas's motion for summary judgment by February 24, 2023, at least five weeks before the March 31, 2023, hearing.

IT IS HEREBY ORDERED that Alturas must file a reply to State Defendants' opposition to Alturas's motion for summary judgment by March 10, 2023, at least three weeks before the March 31, 2023 hearing.

DATED:  December 28, 2022.

CHIEF UNITED STATES DISTRICT JUDGE