ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorney General
B. JANE CRUE, State Bar No. 210122
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7789
 Fax: (916) 323-2319
 E-mail: Jane.Crue@doj.ca.gov
*Attorneys for State Defendants*

John M. Peebles (Cal. Bar No. 237582)
Patrick R. Bergin (Cal. Bar No. 269672)
Michael A. Robinson (Cal. Bar No. 214666)
Tim Hennessy (Cal. Bar No. 233595)
Steven J. Bloxham (Cal. Bar No. 96384)
Curtis Vandermolen (Cal. Bar No. 338366)
PEEBLES KIDDER BERGIN & ROBINSON LLP
 2020 L Street, Suite 250
 Sacramento, California 95811
 Telephone: (916) 441-2700
 Email: jpeebles@ndnlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, Governor of the State of California; and the STATE OF CALIFORNIA,<br><br>Defendants. | Case No. 2:22-cv-01486-KJM-DMC<br><br>**AMENDMENT TO JOINT SCHEDULING REPORT**<br><br>Date: June 6, 2023<br>Time: 11:00 a.m.<br>Courtroom: 1<br>Judge: The Honorable Dennis M. Cota<br>Action Filed: August 22, 2022 |

1

The parties, through their undersigned attorneys, hereby agree to amend the Joint Scheduling Report as follows, to add a briefing schedule for cross-motions for summary judgment:

9. **Dates proposed by all counsel for:**

A. <u>Filing non-dispositive and dispositive pre-trial motions with the understanding that motions (except motions in limine or other trial motions) will not be entertained after the determined date</u>:

The parties will file their opening briefs on cross-motions for summary judgment by August 11, 2023. **Opposing briefs on cross-motions for summary judgment will be filed by September 22, 2023. Replies to opposing briefs on cross-motions for summary judgment will be filed by October 6, 2023. A hearing on cross-motions for summary judgment will be set in November 2023 or according to the Court's availability.**

Dated: July 11, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
TIMOTHY M. MUSCAT
Deputy Attorney General

*Jane Crue*
Digitally signed by Jane Crue
Date: 2023.07.11 10:16:51 -07'00'

B. JANE CRUE
Deputy Attorney General
*Attorneys for State Defendants*

Dated: July 11, 2023

PEEBLES KIDDER BERGIN & ROBINSON LLP

JOHN M. PEEBLES
2020 L Street, Suite 250
Sacramento, CA 95811
*Attorneys for Plaintiff*