# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA, | No. 2:22-CV-1486-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, proceeding with retained counsel, brings this civil action. The parties appeared before the undersigned via Zoom on June 6, 2023, at 11:00 a.m., for an initial scheduling conference. Upon consideration of the joint status reports on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Jurisdiction and venue are not contested.

2. No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

3. The parties are advised that they may, if all consent, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge. Given the extraordinary back-log of civil cases in this district, coupled with the shortage of District Judges and pandemic-related delays in criminal cases, it is anticipated that this matter could obtain an earlier trial date by consenting to Magistrate Judge jurisdiction. Any jury trial by consent to the undersigned would be conducted in Sacramento, California. The parties are encouraged to meet and confer regarding the issue of consent and requested to notify the Court of the respective elections at their earliest opportunity.

4. The parties do not anticipate conducting any discovery. Instead, the parties have submitted a joint record of negotiations which will serve as the basis for cross-motions for summary judgment. The parties request that the Court set a briefing schedule for such cross-motions. Pursuant to the parties' request, the Court sets the following schedule:

   a. The parties shall file their cross-motions for summary judgment by August 11, 2023.

   b. Opposing briefs shall be filed by September 22, 2023.

   c. Reply brief shall be filed by October 6, 2023.

   d. The parties' cross-motions for summary judgment shall be noticed for hearing by the District Judge in November 2023 or according to the Court's availability.

5. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated: July 14, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE