John M. Peebles (Cal. Bar No. 237582)
Patrick R. Bergin (Cal. Bar No. 269672)
Tim Hennessy (Cal. Bar No. 233595)
PEEBLES KIDDER BERGIN & ROBINSON LLP
  2020 L Street, Suite 250
  Sacramento, California 95811
  Telephone: (916) 441-2700
  E-mail: jpeebles@ndnlaw.com
*Attorneys for Plaintiff*

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Senior Assistant Attorney General
NOEL A. FISCHER, State Bar No. 232553
B. JANE CRUE, State Bar No. 210122
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7789
  Fax: (916) 323-2319
  E-mail: Jane.Crue@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALTURAS INDIAN RANCHERIA**, a federally recognized Indian tribe, <br><br> Plaintiff, <br><br> v. <br><br> **GAVIN NEWSOM**, Governor of the State of California; and the **STATE OF CALIFORNIA**, <br><br> Defendants. | Case No. 2:22-cv-01486-KJM-DMC <br><br> **JOINT STATUS REPORT** |

Plaintiff Alturas Indian Rancheria and Defendants Governor Gavin Newsom and the State of California submit this Joint Status Report pursuant to the Order dated February 27, 2024, ECF No. 55 (filed Feb. 28, 2024).  The Order stated:

> The court directs the parties to proceed under IGRA's [the Indian Gaming Regulatory Act] remedial framework, under the court's continued supervision, which first requires the parties resume negotiations to conclude a tribal-state gaming compact within sixty days of the filing of this order.  The court directs the parties to file a Joint Status Report within seven (7) days after the 60-day period ends informing the court whether the parties have concluded a compact or whether they will proceed with the next step in the remedial process and "each submit to a mediator appointed by the court a proposed compact that represents their last best offer for a compact."  25 U.S.C. § 2710(d)(7)(B)(iv).

Order at 9-10.

The parties calculated the end of the 60-day negotiation period as April 26, 2024.  On that date, the parties agreed to extend the negotiation period by one week to May 3, 2024.

The parties have not concluded a compact within the negotiation period as extended.  Therefore, they will proceed with the next step in the remedial process in accordance with 25 U.S.C. § 2710(d)(7)(B)(iv) and each submit to a Court-appointed mediator their last best offer for a compact.

The parties will attempt to identify a mutually acceptable candidate for appointment by the Court to act as the mediator.  If the parties are unable to agree on the appointment of a mediator, they will request that the Court appoint a mediator.

///
///
///
///
///
///
///
///
///

Dated: May 8, 2024                    Respectfully submitted,

                                          PEEBLES KIDDER BERGIN & ROBINSON LLP

                                          <u>s/Patrick R. Bergin</u>

                                          PATRICK R. BERGIN
                                          *Attorneys for Plaintiff*

Dated: May 8, 2024                    Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          T. MICHELLE LAIRD
                                          Senior Assistant Attorney General
                                          NOEL A. FISCHER
                                          Deputy Attorney General

                                          <u>s/B. Jane Crue</u> *(Authorized on 5/8/2024)*

                                          B. JANE CRUE
                                          Deputy Attorney General
                                          *Attorneys for Defendants*