1   John M. Peebles (Cal. Bar No. 237582)
    Patrick R. Bergin (Cal. Bar No. 269672)
2   Tim Hennessy (Cal. Bar No. 233595)
    PEEBLES KIDDER BERGIN & ROBINSON LLP
3     2020 L Street, Suite 250
      Sacramento, California 95811
4     Telephone: (916) 441-2700
      E-mail:  jpeebles@ndnlaw.com
5   *Attorneys for Plaintiff*

6   ROB BONTA
    Attorney General of California
7   T. MICHELLE LAIRD
    Senior Assistant Attorney General
8   NOEL A. FISCHER, State Bar No. 232553
    Supervising Deputy Attorney General
9   B. JANE CRUE, State Bar No. 210122
    Deputy Attorneys General
10    1300 I Street, Suite 125
      P.O. Box 944255
11    Sacramento, CA 94244-2550
      Telephone:  (916) 210-7789
12    Fax:  (916) 323-2319
      E-mail:  Jane.Crue@doj.ca.gov
13  *Attorneys for Defendants*

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17

18  **ALTURAS INDIAN RANCHERIA, a**      Case No. 2:22-cv-01486-KJM-DMC
    **federally recognized Indian tribe,**
19                                        **ORDER**
                              Plaintiff,
20
          v.
21
22  **GAVIN NEWSOM, Governor of the State**
    **of California; and the STATE OF**
23  **CALIFORNIA,**
24                            Defendants.
25

26

27

28
                              1

1

**ORDER**

2          Pursuant to the joint request by the Parties (ECF 60), the Court appoints retired United

3   States District Court Judge S. James Otero (Judge Otero) of the Central District of California to

4   serve as the mediator in this matter pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).

5          The parties are ordered to work cooperatively in jointly advising Judge Otero of his

6   appointment, jointly preparing and submitting to him instructions on his duties as a court

7   appointed mediator under 25 U.S.C. § 2710(d)(7)(B)(iv), and establishing with his mediation

8   service a mutually acceptable time schedule for Judge Otero to complete the performance of his

9   mediator duties.

10          IT IS SO ORDERED.

11   Dated:  July 3, 2024.

12

13                                    CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28